UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
: 
UNITED STATES OF AMERICA :
: **ORDER**
- v. - :
: S11 16-CR-387-11 (JMF)
RALPH LABOY, :
:
:
Defendant. :
:
------------------------------------------ X

    IT IS HEREBY ORDERED that the following portions of the record are hereby unsealed in case 16 Cr. 387 (JMF):

1. The S11 Superseding Information, filed on December 18, 2020.

2. The minute entry of the defendant's guilty plea on December 18, 2020.

Dated: New York, New York
       December 12, 2023

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK